RECEIVED
IN LAKE CHARLES, LA

MAR - 6 2013

TONY R. MOORE, CLERK
BY_____
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

**ROBERT M. STANLEY**          **CIVIL ACTION NO. 2:12-cv-635**
**LA DOC. # 75241**            **SECTION P**

**VS.**                        **JUDGE PATRICIA MINALDI**

**TONY MANCUSO, ET AL**        **MAGISTRATE JUDGE KATHLEEN KAY**

<u>**JUDGMENT**</u>

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation [Doc. 2] of the Magistrate Judge previously filed herein, these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly,

**IT IS ORDERED** that the plaintiff's civil rights complaint be **DENIED** and **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim upon which relief can be granted in accordance with 28 U.S.C. § 1915A(b)(1);

**IT IS FURTHER ORDERED** that the plaintiff's request for appointment of counsel also be **DENIED**.

Lake Charles, Louisiana, on this ____ day of _____, 2013.

PATRICIA MINALDI
**UNITED STATES DISTRICT JUDGE**